SCOTT v. SCOTT

No. 306PA92

Case below: 106 N.C.App. 606

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1992.

STATE v. BAXLEY

No. 241P92

Case below: 106 N.C.App. 394

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

STATE v. HORTON

No. 229P92

Case below: 106 N.C.App. 393

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

STATE v. PHIPPS

No. 295P92

Case below: 106 N.C.App. 706

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.